UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62075-CIV-ZLOCH

WINSOME HENRY,

    Plaintiff,

vs.                      **FINAL ORDER OF DISMISSAL**

HOLY SACRAMENT EPISCOPAL
CHURCH,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Motion For Dismissal With Prejudice (DE 11) filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Motion For Dismissal With Prejudice (DE 11) filed herein by all Parties be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot; and

    4. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Parties' settlement agreement.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this   9th   day of February, 2017.

                                                            WILLIAM J. ZLOCH
                                                            United States District Judge

Copies furnished:

All Counsel and Parties of Record